in Favor of SIDNEY B. BOWMAN AUTOMOBILE COMPANY, Respondent, v. STRATH-MORE LEASING CO., INC., Appellant.— Motion granted without prejudice to a motion to vacate order if said appeal be not prosecuted promptly. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.